UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SAMMY ORTIZ,

                        Plaintiff,

                                                                       DECISION AND ORDER

                                                                       05-CV-6486L

                        v.

LT. SHAWN KERBEIN, et al.,

                        Defendants.
_____

       On January 31, 2006, plaintiff filed a motion for a temporary restraining order (Dkt. #12). At the time, he was a prisoner and sought an order of this Court directing that he be placed in protective custody because he was fearful of retaliation by prison officials. Plaintiff is now out of custody. His motion, therefore, is denied as moot.

       IT IS SO ORDERED.

                                                   _____
                                                      DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       March 20, 2006.